UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENT LEFFLER,

        Plaintiff,

  v.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

        Defendant.

Case No. 25-cv-03158-JSC

**PRETRIAL ORDER NO. 1**

Following the Initial Case Management Conference held on July 9, 2025, the Court adopts to following schedule:

| | |
|---|---|
| Deadline to Move to Amend Pleadings: | August 1, 2025 |
| Deadline to File Administrative Record: | September 19, 2025 |
| Rule 52 Motion Hearing Date: | June 18, 2026 |

The parties are to file a stipulated briefing schedule for Rule 52 motions by July 17, 2025. By August 15, 2025, the parties are to file a notice with the Court indicating the name of their chosen mediator and date of private mediation. A further Case Management Conference is scheduled for December 3, 2025 at 2:00 p.m. via Zoom video. An updated Joint Case Management Conference Statement is due November 25, 2025.

**IT IS SO ORDERED**.

Dated: July 10, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge